UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-928 (FLW) |
| v. | |
| DAMION HELMES, <br>   a/k/a "Checks," <br>   a/k/a "Cutty," <br> DERRICK HAYES, <br>   a/k/a "D-Flex," <br>   a/k/a "Flex," <br> DEQUAN COPELAND, <br>   a/k/a "Just," <br> DAWN STEPHENS, <br> SHANTAY WALKER, <br>   a/k/a "Tay," <br> KEITH LOGAN, <br>   a/k/a "Beef," <br> SHAMAR DUDLEY, <br>   a/k/a "I-True," <br>   a/k/a "True," <br>   a/k/a "Smacks," <br> CASSIUS WILLIAMS, <br> TONYA UNDERWOOD, <br> ELIZABETH CONOVER, <br>   a/k/a "Betty," <br> CURTIS JENKINS, <br> RALPH LEE, and <br> ERIC YARBROUGH | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney, appearing), and defendant Elizabeth Conover (by James Patton, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter through April 15, 2020; and no continuances having previously been granted by the Court; and the defendant

1

being aware that she has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such right and consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations may soon commence and the parties would like additional time to continue negotiating a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant requires time to review discovery, which will be extensive in this case, and prepare and file appropriate motions, and otherwise prepare for trial; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS therefore, on this 16th day of January, 2020,

ORDERED that this action be, and it hereby is, continued through April 15, 2020; and it is further

[REMAINDER OF PAGE LEFT BLANK]

ORDERED that the period from the date this Order is signed through April 15, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

*[signature]*
HON. FREDA L. WOLFSON
United States District Judge

Form and entry consented to:

*[signature]*
James Patton, Esq.
Counsel for Defendant

*[signature]*
Elizabeth Conover
Defendant

*[signature]*
Ian D. Brater
Assistant U.S. Attorney

3